No. 44499.—Protest 711541–G of M. A. Katz (Los Angeles).

Opinion by KINCHELOE, J. It was stipulated that the merchandise is similar to that the subject of *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93). The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

BEFORE THE FIRST DIVISION, OCTOBER 11, 1940

No. 44500.—Protest 878584–G of Armand Schwab & Co., Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

No. 44501.—Protests 473332–G, etc., of Feltex Corp. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44502.—Protests 502043–G, etc., of Feltex Corp. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

No. 44503.—Protests 537753–G, etc., of Feltex Corp. (New York) .

Opinion by BROWN, J. It was stipulated that the merchandise is bodies, hoods, forms, or shapes similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

BEFORE THE THIRD DIVISION, OCTOBER 11, 1940

No. 44504.—Petition 6000–R of E. I. du Pont de Nemours & Co., Inc. (New York).

Opinion by CLINE, J. The petition was dismissed.